IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN CHRISTOPHER CANNON, | ) |
| Petitioner, | ) |
| v. | ) |
| DIRECTOR, TDCJ-CID, | ) |
| Respondent. | ) Civil Action No. 3:21-CV-1694-C-BN |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this proceeding should be dismissed without prejudice to Petitioner's right to seek preliminary authorization from the United States Court of Appeals for the Fifth Circuit to file a successive Section 2254 application.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that the above-styled and -numbered civil action be **DISMISSED** without prejudice.

SO ORDERED.

Dated September 7, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.